# Court of Appeals, State of Michigan

## ORDER

Bob Woodward v Christopher Schwartz

Docket No. 337984

LC No. 13-012157-AV

Deborah A. Servitto
Presiding Judge

Jane E. Markey

Peter D. O'Connell
Judges

---

The Court orders that the April 17, 2018 opinion is hereby AMENDED to correct a typographical error. The first sentences of Section III. A. beginning at the bottom of page 5 are corrected to read:

> Chaban correctly asserts that, under § 522(c), which "establishes the postbankruptcy relationship between 'property exempted' in the bankruptcy case and prepetition debts," *In re Farr*, 278 BR 171, 176 (Bankr CA 9, 2002), property exempted by the debtor (with some specifically enumerated exceptions) is immunized against liability during and *after* the case for all prebankruptcy debts.[8]

In all other respects, the April 17, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAY 0 7 2018
Date

Chief Clerk